AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF __NEVADA_____

MAYFIELD ALLEN KIPER,

           Petitioner,

V.

NEVADA BOARD OF PAROLE
COMMISSIONERS, et al.,

           Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:06-CV-446-ECR (VPC)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__x__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (#5) is DISMISSED WITHOUT PREJUDICE as the petition is a "mixed" petition containing both exhausted and unexhausted grounds for relief and petitioner refuses to either abandon the unexhausted grounds or move for a stay to return to state court to exhaust the grounds. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability.

  __August 6, 2009__

                              **LANCE S. WILSON**
                                  Clerk

                                Marti Campbell_____
                                  Deputy Clerk